MERCHANTS LOAN & TRUST CO., ADMINISTRATOR OF THE ESTATE OF
LILLIE BILLOW, DECEASED

*v.*

STATE OF ILLINOIS.

*Opinion filed September 11, 1922.*

INHERITANCE TAX—*when refund will be made.* Where an inheritance
tax is assessed by the County Judge, and is paid, and upon appeal to the
County Court it is found that no inheritance tax is due the State, the
claimant is entitled to a refund of the tax paid.

Edward J. Brundage, Attorney General, for State.

The claimant prosecutes this suit to recover an inheritance tax erroneously assessed and erroneously paid on the estate of Lillie Billow,
deceased.

The evidence of record discloses and same is conceded by the State,
that said estate was assessed by County Judge in the sum of $3,363.09,
which under protest was paid by administrator, less 5%, making $3,-
194.94. In due time, this order was appealed to the County Court,
which found that no inheritance tax was due to the State from said estate,
and ordered a refund of the $3,194.94, less $35.00 cost of the prosecution of said appeal, which was adjudged against the appellant.

This proceeding was never appealed from.

The Attorney General consents to the allowance of the claim of $3,-
194.94, less $35.00 making $3,159.94.

The interest contended for will be disallowed and an award of $3,-
159.94 ordered paid to the claimant.